1
2   Benjamin C. Durham
    Nevada Bar No. 7684
3   BENJAMIN DURHAM LAW FIRM
    601 S.Rancho Dr. Ste B14
4   Las Vegas, Nevada 89101
    702.631.6111
5
    *Attorney for Defendant*
6

7                    **UNITED STATES DISTRICT COURT**

8                         **DISTRICT OF NEVADA**

9
    UNITED STATES OF AMERICA,              )
10                                         )        2:20-MJ-1023-BNW
                         Plaintiff,        )
11                                         )        **JOINT STATUS REPORT**
                                           )
12  vs.                                    )
                                           )
13  ARSENIO MARTINEZ,                      )
                                           )
14                       Defendant.        )
                                           )
15  _____ )

16

17          Defendant ARSENIO MARTINEZ, by and through his counsel Benjamin Durham,

18  and the United States, by and through RACHEL KENT, Assistant United States Attorney,

19  counsel for Plaintiff, submit this joint status report as required by the Court.

20          The parties report as follows:

21          1.  Mr. Martinez has completed all requirements as set forth in the Plea Agreement

22
    filed on March 10, 2021. (ECF 14).
23

24          2.  Accordingly, the parties jointly move to allow Mr. Martinez to withdraw his guilty

25  plea to Count One of the Criminal Complaint, and the government moves to amend Count

26  One to a charge of Reckless Driving, a violation of 36 CFR 4.2 and NRS 484B.653.

27

28

3.  The parties stipulate to allow Mr. Martinez to plead guilty to the amended Count One, and the parties jointly recommend that the original sentence be applied to the Reckless Driving count as amended and that this matter be closed.

DATED this 13th day of September, 2021.

| | |
|---|---|
| BENJAMIN DURHAM LAW FIRM | CHRISTOPHER CHIOU<br>United States Attorney |
| */s/  Benjamin Durham* | */s/  Rachel Kent* |
| _____ | _____ |
| BENJAMIN DURHAM<br>Nevada Bar No. 7684<br>*Attorney for Defendant* | RACHEL KENT<br>Assistant United States Attorney |

**<u>Order</u>**

**IT IS SO ORDERED**

**DATED:** 11:57 am, September 16, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**